**TIFFANY & BOSCO**
P.A.

**Dated: July 31, 2009**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-07613/1218028562

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Edmundo F. Marquez and Wendy A. Marquez<br>        Debtors.<br>_____<br>America's Servicing Company<br>        Movant,<br>  vs.<br><br>Edmundo F. Marquez and Wendy A. Marquez,<br>Debtors, Dianne C. Kerns, Trustee.<br><br>        Respondents. | No. 4:09-bk-04283-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #32) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> Lot 80 of CASAS DE VENTANA, a subdivision of Pima County, Arizona as set forth in the office of the Pima County Recorder in Book 39 of Maps at Page 23. EXCEPT all coal and other minerals as set forth in the Patent from the United States of America.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT